```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| OLIVETTE SMITH-LIGPN and<br>GEORGE SMITH, | : | CIVIL ACTION |
| | : | |
| | : | NO. 11-7437 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BRITISH AIRWAYS WORLDWIDE, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this **20th** day of **April, 2012**, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 2) is **GRANTED** and the Complaint is **DISMISSED**.

**It is further ORDERED** that Defendant's Motion for Leave to File a Reply Brief (ECF No. 7) is **DENIED as moot**.

**It is further ORDERED** that the Clerk shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

                                          s/Eduardo C. Robreno
                                          **EDUARDO C. ROBRENO, J.**